# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON ) | |
| ) | |
| Plaintiff ) | Civil Action No.: 18-cv-00917 |
| ) | |
| v. ) | |
| ) | |
| THE TWISTED TAIL, INC. (D/B/A ) | |
| THE TWISTED TAIL) and MONA LLC ) | |
| ) | |
| Defendants ) | |
| ) | |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Defendants The Twisted Tail Inc. and Mona Properties, LLC (incorrectly designated as Mona LLC) in the above-captioned matter.

/s/ James L. Pearl
James L. Pearl, Esquire
Attorney I.D. No. 82374
1500 John F. Kennedy Boulevard, Suite 900
Philadelphia, Pennsylvania 19102
(215) 586-4422
Attorney for Defendants The Twisted
Tail Inc. and Mona Properties, LLC

**CERTIFICATE OF SERVICE**

  I, James L. Pearl, Esquire, hereby certify that on April 2, 2018, I sent a copy of the foregoing Entry of Appearance via email to the following:

    Eric Brauer, Esquire
    Brauer & Schapiro, LLC
    638 Newtown Yardley Road, Suite 2B
    Newtown, Pennsylvania 18940

        /s/ James L. Pearl
        James L. Pearl, Esquire
        Attorney I.D. No. 82374
        1500 John F. Kennedy Boulevard, Suite 900
        Philadelphia, Pennsylvania 19102
        (215) 586-4422
        Attorney for Defendants The Twisted
        Tail Inc. and Mona Properties, LLC