IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON ) | |
| ) | |
| Plaintiff ) | Civil Action No.: 18-cv-00917 |
| ) | |
| v. ) | |
| ) | |
| THE TWISTED TAIL, INC. (D/B/A ) | |
| THE TWISTED TAIL) and MONA LLC ) | |
| ) | |
| Defendants ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Keino Johnson and Defendants The Twisted Tail Inc. and Mona Properties, LLC (incorrectly designated as Mona LLC) stipulate that all of Plaintiff Keino Johnson's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania.  Plaintiff Keino Johnson and Defendants The Twisted Tail Inc. and Mona Properties, LLC further stipulate that each party shall bear his or its own costs and attorney's fees.

| | |
|---|---|
| /s/ Eric Brauer | /s/ James L. Pearl |
| Eric Brauer, Esquire | James L. Pearl, Esquire |
| Attorney I.D. No. 43624 | Attorney I.D. No. 82374 |
| Brauer & Schapiro, LLC | 1500 John F. Kennedy Boulevard |
| 638 Newtown Yardley Road | Suite 900 |
| Suite 2B | Philadelphia, Pennsylvania 19102 |
| Newtown, Pennsylvania 18940 | (215) 586-4422 |
| (215) 953-9100 | Attorney for Defendants The Twisted |
| Attorney for Plaintiff Keino Johnson | Tail Inc. and Mona Properties, LLC |

APPROVED BY THE COURT THIS _____ DAY OF _____, 2018

_____